UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RAJWINDER SINGH NATT #A201-917-735** | **CASE NO. 1:20-CV-00427 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **CHAD WOLF ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10) and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 12), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Stay (ECF No. 2) is DENIED for lack of jurisdiction. In so ruling, we note that the Ninth Circuit opinion upon which Petitioner relies has been reversed by the U.S. Supreme Court. *See* Department of Homeland Security v. Thuraissigiam, ____US____, 140 S.Ct. 1959 (June 25, 2020). There is no Suspension Clause violation.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15 day of July, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT